IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00266-WYD-MJW

TRACY HAYS; and
GARY HAYS,

    Plaintiffs,

v.

MARIA CALDWELL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' request for an extension of time to complete the paperwork for the settlement and dismissal of this case is **GRANTED.** The parties shall have up to and including May 16, 2008 to complete the paperwork and file a stipulation of dismissal in this case.

Dated: April 30, 2008