IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00266-WYD-MJW

TRACY HAYS; and
GARY HAYS,

    Plaintiffs,

v.

MARIA CALDWELL,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Unopposed Stipulation for Dismissal with Prejudice, filed May 15, 2008 (docket #17). The Court, having reviewed the stipulation and premises therein, it is hereby

ORDERED that the Unopposed Stipulation for Dismissal with Prejudice is **GRANTED**. This case is **DISMISSED WITH PREJUDICE** each party to pay their own costs and attorneys' fees.

Dated: May 20, 2008

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge